STATE OF NEW JERSEY v. LUIS RIVERA.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAVIER ARROYO.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RENALDO TAYLOR.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. HARVEY METALSKY.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JULIO AYALA.

March 10, 1987.

Petition for certification denied.